UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | H 10 - 368 |
| v. | § § | |
| | § | CRIMINAL No. |
| BARRY WALTER BUJOL, Jr. | § | |
| a/k/a Abdul Bari | § | United States Courts |
| a/k/a Abu Najya | § | Southern District of Texas |
| a/k/a Michael Barr | § | FILED |
| a/k/a Michael Eugene Barr | § | JUN 0 3 2010 |
| a/k/a Robert Johnson | § | |
| a/k/a Barry Bonner | § | David J. Bradley, Clerk of Court |
| a/k/a Abdul-Bari Al Amriki Al Aswad | § | |
| a/k/a Paul Mexia | § | |
| a/k/a Pat Lex | § | |
| a/k/a Abu Abudha Al Faransi | § § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, Section 2339B -
Attempt to Provide Material Support or Resources to
Designated Foreign Terrorist Organizations

On or about May 30, 2010, in the Houston Division of the Southern District of Texas,

BARRY WALTER BUJOL, Jr.
a/k/a Abdul Bari
a/k/a Abu Najya
a/k/a Michael Barr
a/k/a Michael Eugene Barr
a/k/a Robert Johnson
a/k/a Barry Bonner
a/k/a Abdul-Bari Al Amriki Al Aswad
a/k/a Paul Mexia
a/k/a Pat Lex
a/k/aAbu Abudha Al Faransi

the defendant herein unlawfully and knowingly attempted to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to wit: personnel; currency; pre-paid telephone calling cards; mobile telephone SIM cards; global positioning system receivers; public access-restricted United States military publications, including one involving unmanned aerial vehicle operations and one involving the effects of United States military weapon systems in operations in Afghanistan; a military issue lensatic compass; and other materials, to a Foreign Terrorist Organization, that is, Al Qaeda in the Arabian Peninsula, which was designated by the United States Secretary of State as a Foreign Terrorist Organization pursuant to Section 219 of the Immigration and Nationality Act, on or about January 19, 2010, and has remained so designated since that time; in violation of Title 18, United States Code, Sections 2339B(a)(1) and 2339B(d)(1)(D).

## COUNT TWO

### Title 18, United States Code, Section 1028A(a)(2) - Aggravated Identity Theft

On or about May 30, 2010, in the Houston Division of the Southern District of Texas,

**BARRY WALTER BUJOL, Jr.**
a/k/a Abdul Bari
a/k/a Abu Najya
a/k/a Michael Barr
a/k/a Michael Eugene Barr
a/k/a Robert Johnson
a/k/a Barry Bonner
a/k/a Abdul-Bari Al Amriki Al Aswad
a/k/a Paul Mexia
a/k/a Pat Lex
a/k/aAbu Abudha Al Faransi

the defendant herein, during and in relation to a violation of Title 18, United States Code 2339B,

a felony violation enumerated in Title 18, United States Code, Section 2332b(g)(5)(B), did knowingly possess and use without lawful authority a false identification document, to wit, a false Transportation Worker's Identification Card (TWIC) issued by the Transportation Security Administration of the Department of Homeland Security; in violation of Title 18, United States Code, Section 1028A(a)(2).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: *[signature]*
MARK W. WHITE, III
Assistant United States Attorney
(713) 567-9663

3