USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET
United States Courts
Southern District of Texas
FILED

JUN 0 3 2010

David J. Bradley, Clerk of Court

H 10 - 368

No. _____

HOUSTON DIVISION

USAO Number: 2008R15421
Magistrate Number:

CRIMINAL INDICTMENT

Judge: Hittner

**ATTORNEYS:**

UNITED STATES of AMERICA
VS.

JOSE ANGEL MORENO, USA        (713) 567-9000

MARK W. WHITE, III, AUSA      (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| BARRY WALTER BUJOL, JR. | ☐ | ☐ |
| a/k/a Abdul Bari | ☐ | ☐ |
| a/k/a Abu Najya | ☐ | ☐ |
| a/k/a Michael Barr | ☐ | ☐ |
| a/k/a Michael Eugene Barr | ☐ | ☐ |
| a/k/a Robert Johnson | ☐ | ☐ |
| a/k/a Barry Bonner | ☐ | ☐ |
| a/k/a Abdul-Bari Al Amriki Al Aswad | ☐ | ☐ |
| a/k/a Paul Mexia | ☐ | ☐ |
| a/k/a Pat Lex | ☐ | ☐ |
| a/k/a Abu Abudha Al Faransi | ☐ | ☐ |

Count 1: Attempt to Provide Material Support or Resources to Designated Foreign Terrorist Organizations
   [18 USC 2339B]

Count 2: Aggravated Identity Theft [18 USC 1028A(a)(2)]

**CHARGE:**
(TOTAL)
(COUNTS:)
( 2 )

**PENALTY:**

Count 1: 15 years imprisonment; $250,000 fine; 3 years SRT; $100 SA
Count 2: 5 years imprisonment to be served consecutive to imprisonment on any other predicate count of conviction; $250,000 fine; 3 years SRT; $100 SA

☑ In Jail

**NAME & ADDRESS of Surety:**

☐ On Bond

☐ No Arrest

**PROCEEDINGS:**