## DEFENDANT'S TRIAL EXHIBITS

DX 1      Email regarding house hunting in Yemen      Adm 11/9/11

DX 2      Disc - Marked and placed in the records of the court

DX 3      Transcript - Marked and placed in the records of the court

DX 4      Expert Report of Evan Kohlmann      Adm 11/9/11

DX 5      Group of emails      Adm 11/9/11