UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL No. 4:10-cr-368 |
| | § | |
| BARRY WALTER BUJOL, Jr. | § | |
| | § | |

## GOVERNMENT'S EXHIBHIT LIST

The United States of America, by and through its attorney, Kenneth Magidson, United States Attorney for the Southern District of Texas, with Assistant United States Attorneys Mark McIntyre and Craig Feazel, and United States Department of Justice Trial Attorney Garrett Heenan, hereby submits this Government's Exhibit List.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL No. 4:10-cr-368 |
| | § | |
| BARRY WALTER BUJOL, Jr. | § | |
| | § | |

## GOVERNMENT'S EXHIBHIT LIST

The United States of America, by and through its attorney, Kenneth Magidson, United States Attorney for the Southern District of Texas, with Assistant United States Attorneys Mark McIntyre and Craig Feazel, and United States Department of Justice Trial Attorney Garrett Heenan, hereby submits this Government's Exhibit List.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

THE UNITED STATES OF AMERICA     §

§

v.     §     CRIMINAL No. 4:10-cr-368

§

BARRY WALTER BUJOL, Jr.     §

§

## GOVERNMENT'S EXHIBHIT LIST

The United States of America, by and through its attorney, Kenneth Magidson, United States Attorney for the Southern District of Texas, with Assistant United States Attorneys Mark McIntyre and Craig Feazel, and United States Department of Justice Trial Attorney Garrett Heenan, hereby submits this Government's Exhibit List.

## GOVERNMENT'S EXHIBIT LIST

1.  EXHIBIT : Anonymous Tip

2.  EXHIBIT: Identification

3.  EXHIBIT : website profile

4.  EXHIBIT : website posts

5.  EXHIBIT: Yahoo request for subscriber info : abdul_bari05@yahoo.com

6.  EXHIBIT : Return for IP address subpoena Yahoo!

7.  EXHIBIT : Photograph of walking from Library

8.  EXHIBIT : Photograph of at car

9.  EXHIBIT : ORDER 2703(d)

    9A – 2703d return / letter

    9B – cd of header results

10. EXHIBIT : Search Warrant #1 Yahoo!

11. EXHIBIT : Yahoo letter / return #1

12. EXHIBIT : cd of search warrant results

13. EXHIBIT : Search Warrant # 2 Yahoo!

14. EXHIBIT : Yahoo letter / return

15. EXHIBIT : cd of search warrant results #2

16. EXHIBIT : Search Warrant #3 Yahoo!

17. EXHIBIT : Yahoo letter / return

18. EXHIBIT : cd of search warrant results #3

19. EXHIBIT :  Order – 2703(d)

    19A – 2703d return / letter

    19B – cd of results

20. EXHIBIT : Search warrant #4 Yahoo!

21. EXHIBIT : Yahoo letter / return

22. EXHIBIT : cd of search warrant results #4

23. EXHIBIT : FEEBE / Google vehicle advertisement

24. EXHIBIT : Bujol Passport application

25. EXHIBIT : Booking and Warrant info IM19536

26. EXHIBIT : Booking and Warrant info IM19574

27. EXHIBIT : Booking and Warrant info IM21097

28. EXHIBIT : N.J. Consent to Search

29. EXHIBIT : Article

30. EXHIBIT : CD scan

31. EXHIBIT : Workout schedule

32. EXHIBIT : TexDeptHealth records

33. EXHIBIT : CD scan –The Hereafter

34. EXHIBIT : CD scan – Hereafter Prophets

35. EXHIBIT : pamphlet

36. EXHIBIT : notes

37. EXHIBIT :  e-ticket receipt and Itinerary

38. EXHIBIT : Book Scan

39. EXHIBIT : CDC Health info

40. EXHIBIT : Hard copy of email from abdul_bari05@yahoo.com

41. EXHIBIT : Scan – Tajweed Al Qur'an

42. EXHIBIT : 2 Scans – Fortress..

43. EXHIBIT : book scan –essential rulings...

44. EXHIBIT : Scan –Travel Companion Edition

45. EXHIBIT : Grey Hound Buss ticket schedule

46. EXHIBIT : Advice of rights from 3/31/09

47. EXHIBIT : two photos of 2 thumb drives (pic of front & back)

48. EXHIBIT : Thumbdrive forensic results

49. EXHIBIT : EMAIL DATED 12/22/05 –Resume attached

50. EXHIBIT : EMAIL DATED 12/22/05

51. EXHIBIT : EMAIL DATED 12/23/05

52. EXHIBIT : EMAIL DATED  12/23/05

53. EXHIBIT : EMAIL DATED  12/22/05

54. EXHIBIT : EMAIL DATED 1/2/06

55. EXHIBIT : EMAIL DATED 3/8/08

56. EXHIBIT : EMAIL DATED 4/9/2006

57. EXHIBIT : EMAIL DATED 4/25/08

58. EXHIBIT : EMAIL DATED 4/29/08

59. EXHIBIT : EMAIL DATED 6/20/08

60. EXHIBIT : EMAIL DATED 7/9/08

61. EXHIBIT : VIDEO Juba

62. EXHIBIT : EMAIL DATED 7/12/08

63. EXHIBIT : EMAIL DATED 7/12/08

64. EXHIBIT : EMAIL DATED 7/12/08

65. EXHIBIT : EMAIL DATED 7/12/08

66. EXHIBIT : EMAIL DATED 7/22/08

67. EXHIBIT : EMAIL DATED 7/24/08

68. EXHIBIT : EMAIL DATED 7/24/08

69. EXHIBIT : EMAIL DATED 8/2/08

70. EXHIBIT : EMAIL DATED 8/6/04

71. EXHIBIT : Yemen video

72. EXHIBIT : EMAIL DATED 8/7/08– English Novels

73. EXHIBIT : EMAIL DATED 8/12/08 —Education

74. EXHIBIT : EMAIL DATED 8/22/08 –Food Reviews

75. EXHIBIT : EMAIL DATED 8/25/08 –Institute Language

76. EXHIBIT : EMAIL DATED 9/23/08 –Hijra

77. EXHIBIT : EMAIL DATED 9/25/08

78. EXHIBIT : EMAIL DATED 9/25/08

79. EXHIBIT : EMAIL DATED 9/26/08

80. EXHIBIT : EMAIL DATED 10/6/08

81. EXHIBIT : EMAIL DATED 10/7/08 – Email : Is the Franklin…

82. EXHIBIT : EMAIL DATED 10/20/08 – Email from Google Email Verification

83. EXHIBIT : EMAIL DATED 11/24/08 – Email from Your Login

84. EXHIBIT : EMAIL DATED 11/24/08 – Email with kansascity.com story

85. EXHIBIT : EMAIL DATED 11/24/08 – Email with link to article

86. EXHIBIT : article linked from email

87. EXHIBIT : EMAIL DATED 12/1/28 –article

88. EXHIBIT : article

89. EXHIBIT : EMAIL DATED 12/12/08

90. EXHIBIT : EMAIL DATED 12/13/08

91. EXHIBIT : EMAIL DATED 12/14/08

92. EXHIBIT : EMAIL DATED 12/15/08 – Best Shoes

93. EXHIBIT : EMAIL DATED 1/5/09

94. EXHIBIT : EMAIL DATED 1/6/09

95. EXHIBIT : EMAIL DATED 1/21/09

96. EXHIBIT : EMAIL DATED  2/8/09

97. EXHIBIT : EMAIL DATED 1/12/09

98. EXHIBIT : EMAIL DATED 2/8/09

99. EXHIBIT : EMAIL DATED 1/12/09 – email about jobs

100. EXHIBIT : EMAIL DATED 1/12/09

101. EXHIBIT : EMAIL DATED 1/22/09

102. EXHIBIT : EMAIL DATED 2/9/09

103. EXHIBIT : EMAIL DATED 2/12/09

104. EXHIBIT : U.S. Department of State notice of Designation

105. EXHIBIT : SW House

106. EXHIBIT : SW Computer

107. EXHIBIT :  video

108. EXHIBIT : SW Footlocker, Backpack, Satchel

109. EXHIBIT : Magazine / Winter 2010

110.    EXHIBIT : Magazine / November 2010

111.    EXHIBIT : CD of Transcripts

112.    EXHIBIT : EMAIL DATED 12/7/09

113.    EXHIBIT : EMAIL DATED 12/15/09

114.    EXHIBIT : EMAIL DATED 12/15/09

115.    EXHIBIT : EMAIL DATED 1/2/10

116.    EXHIBIT : Article

117.    EXHIBIT : EMAIL DATED 1/13/10

118.    EXHIBIT : EMAIL DATED 1/15/10

119.    EXHIBIT : EMAIL DATED 1/25/10

120.    EXHIBIT : EMAIL DATED  2/1/10

121.    EXHIBIT : EMAIL DATED 2/3/10

122.    EXHIBIT : Complaint

123.    EXHIBIT : EMAIL DATED 2/5/10

124.    EXHIBIT : Article : "Experts"

125.    EXHIBIT:  Article : Tankers OK'd

126.    EXHIBIT:  EMAIL DATED 2/5/10,

127.    EXHIBIT : EMAIL DATED 2/6/10

128.    EXHIBIT : EMAIL DATED 2/9/10 – links to articles and Complaint

129.    EXHIBIT :  Complaint

130.    EXHIBIT :  Wikipedia article

131.    EXHIBIT : EMAIL DATED 2/11/10 with link to article

132.    EXHIBIT : article – "Officials"

133.    EXHIBIT : EMAIL DATED 2/12/10

134.    EXHIBIT : Article

135.    EXHIBIT : Article

136.    EXHIBIT : Article

137.    EXHIBIT : EMAIL DATED 2/16/10

138.    EXHIBIT : Article

139.    EXHIBIT : Article

140.    EXHIBIT : EMAIL DATED 2/17/10-

141.    EXHIBIT : translation

142.    EXHIBIT : PHOTOGRAPH

143.    EXHIBIT : PHOTOGRAPH

144.    EXHIBIT : PHOTOGRAPH

145.    EXHIBIT : PHOTOGRAPH

146.    EXHIBIT : PHOTOGRAPH

147.    EXHIBIT : PHOTOGRAPH

148.    EXHIBIT : PHOTOGRAPH

149.    EXHIBIT : PHOTOGRAPH –

150.    EXHIBIT : EMAIL DATED –

151.    EXHIBIT : EMAIL DATED 2/19/10

152.    EXHIBIT : EMAIL DATED 2/21/10

153.    EXHIBIT : Translations

154.    EXHIBIT : EMAIL DATED 2/23/10

155.    EXHIBIT : brochure Sailing School

156.    EXHIBIT : EMAIL DATED 2/23/10 – links to articles

157.    EXHIBIT : Article

158.    EXHIBIT : Article

159.    EXHIBIT : Military Manual : Tactics in Counterinsurgency

160.    EXHIBIT : EMAIL DATED 3/2/10 – attachment for military manual

161.    EXHIBIT : Military Manual :

162.    EXHIBIT : EMAIL DATED 3/3/10 –links to articles

163.    EXHIBIT : Translation

164.    EXHIBIT : Article :

165.    EXHIBIT : EMAIL DATED 3/4/10 – email containing attachment

manual

166.    EXHIBIT : manual

167.    EXHIBIT : EMAIL DATED 3/6/10

168.    EXHIBIT : Article

169.    EXHIBIT : EMAIL DATED 3/7/10

170.    EXHIBIT : Translation

171.    EXHIBIT : EMAIL DATED 3/8/10

172.    EXHIBIT :

173.    EXHIBIT : EMAIL DATED 3/9/10

174.    EXHIBIT : EMAIL DATED 3/9/10

175.    EXHIBIT : Article

176.    EXHIBIT : EMAIL DATED 3/9/10

177.    EXHIBIT : Translation

178.    EXHIBIT : EMAIL DATED 3/10/10

179.    EXHIBIT : translation

180.    EXHIBIT : Article

181.    EXHIBIT : EMAIL DATED 3/11/10 – links to articles

182.    EXHIBIT : Article

183.    EXHIBIT : EMAIL DATED 3/13/10

184.    EXHIBIT : EMAIL DATED 3/14/10

185.    EXHIBIT : Translation

186.    EXHIBIT : Article

187.    EXHIBIT : Passport Photograph provided on 3/14/10

188.    EXHIBIT : EMAIL DATED 3/18/10

189.    EXHIBIT : Article

190.    EXHIBIT : EMAIL DATED 3/22/10 containing link

191.    EXHIBIT : Article

192.    EXHIBIT : EMAIL DATED 3/27/10

193.    EXHIBIT : Article

194.    EXHIBIT : EMAIL DATED 3/29/10

195.    EXHIBIT : Photo

196.    EXHIBIT : Photo

197.    EXHIBIT : EMAIL DATED 4/9/10

198.    EXHIBIT : manual

199.    EXHIBIT : EMAIL DATED 4/10/11 links

200.    EXHIBIT : Article

201.    EXHIBIT : Article

202.    EXHIBIT : manual

203.    EXHIBIT : EMAIL DATED 4/10/11 – links

204.    EXHIBIT : Article

205.    EXHIBIT : Wikipedia Page

206.    EXHIBIT : EMAIL DATED 4/14/10

207.    EXHIBIT : Article

208.    EXHIBIT : EMAIL DATED 4/18/10 links

209.    EXHIBIT : Article

210.    EXHIBIT : Article

211.    EXHIBIT : EMAIL DATED 4/20/10

212.    EXHIBIT : manual

213.    EXHIBIT : EMAIL DATED 4/20/10 - link

214.    EXHIBIT :  article

215.    EXHIBIT : EMAIL DATED 4/22/10

216.    EXHIBIT : article

217.    EXHIBIT : PHOTO – TWIC cards

218.    EXHIBIT : PHOTO  - back of TWIC cards

219.    EXHIBIT : PHOTO  - wrapped

220.    EXHIBIT : PHOTO  - note

221.    EXHIBIT : PHOTO  - note with cards

222.    EXHIBIT : PHOTO  - note

223.    EXHIBIT : PHOTO  - wrapped

224.    EXHIBIT : PHOTO  - side view

225.    EXHIBIT : PHOTO  - location

226.    EXHIBIT : PHOTO  - rock positioning

227.    EXHIBIT : PHOTO  - close up

228.    EXHIBIT : PHOTO  - bench

229.    EXHIBIT : PHOTO  - car

230.    EXHIBIT :

231.    EXHIBIT : EMAIL DATED 4/23/10

232.    EXHIBIT : EMAIL DATED 4/26/10 – links

233.    EXHIBIT : Article

234.    EXHIBIT : Article

235.    EXHIBIT : EMAIL DATED 4/24/10 link

236.    EXHIBIT : Article

237.    EXHIBIT : EMAIL DATED 4/27/10 – links

238.    EXHIBIT : Article –

239.    EXHIBIT : manual links

240.    EXHIBIT : Wikipedia page - Panama

241.    EXHIBIT : EMAIL DATED 4/30/10

242.   EXHIBIT : EMAIL DATED 5/4/10

243.   EXHIBIT : Article

244.   EXHIBIT : EMAIL DATED 5/14/10

245.   EXHIBIT : Article

246.   EXHIBIT : EMAIL DATED 5/15/10 - link

247.   EXHIBIT : Article

248.   EXHIBIT : EMAIL DATED 5/18/10

249.   EXHIBIT : Article

250.   EXHIBIT : EMAIL DATED 5/23/10

251.   EXHIBIT : Article

252.   EXHIBIT : EMAIL DATED 5/23/10

253.   EXHIBIT : Article

254.   EXHIBIT :  Transportation Security Administration : Program

255.   EXHIBIT : EMAIL DATED 5/25/10

256.   EXHIBIT : EMAIL DATED 5/26/10

257.   EXHIBIT : Article

258.   EXHIBIT : Article

259.   EXHIBIT : Article

260.   EXHIBIT : Article

261.    EXHIBIT : EMAIL DATED  5/26/10

262.    EXHIBIT : Attachment

263.    EXHIBIT : EMAIL DATED 5/27/10

264.    EXHIBIT : EMAIL DATED 5/27/10

265.    EXHIBIT : Article

266.    EXHIBIT : Article

267.    EXHIBIT : PHOTO – roll info

268.    EXHIBIT : PHOTO - satchel

269.    EXHIBIT : PHOTO – backpack

270.    EXHIBIT : PHOTO - books

271.    EXHIBIT : PHOTO – id photo

272.    EXHIBIT : PHOTO – gear in satchel

273.    EXHIBIT : PHOTO – jacket and shirt

274.    EXHIBIT : PHOTO – letter

275.    EXHIBIT : PHOTO –envelope

276.    EXHIBIT : PHOTO - currency

277.    EXHIBIT : PHOTO –cards

278.    EXHIBIT : PHOTO – items

279.    EXHIBIT : PHOTO – manual

280.    EXHIBIT : PHOTO – manual

281.    EXHIBIT : PHOTO – gear

282.    EXHIBIT : PHOTO – Garmin G

283.    EXHIBIT : VIDEO – 12/4/09, 1d-17

284.    EXHIBIT : VIDEO – 12/23/09, 1d-18

285.    EXHIBIT : VIDEO – 1/20/10, 1d-21

286.    EXHIBIT : VIDEO – 1/25/10, 1d-20

287.    EXHIBIT : VIDEO – 1/25/10, 1d-25

288.    EXHIBIT : VIDEO – 2/3/10, 1d-31

289.    EXHIBIT : VIDEO – 2/8/10, 1d-32

290.    EXHIBIT : VIDEO – 2/21/10, 1d-37

291.    EXHIBIT : VIDEO – 2/22/10, 1d-40

292.    EXHIBIT : VIDEO – 3/4/10, 1d-44

293.    EXHIBIT : VIDEO – 3/14/10, 1d-50

294.    EXHIBIT : VIDEO – 3/29/10, 1d-51

295.    EXHIBIT : VIDEO – 4/9/10, 1d-56

296.    EXHIBIT : VIDEO – 4/23/10, 1d-60

297.    EXHIBIT : VIDEO – 5/3/10, 1d-67

298.    EXHIBIT : VIDEO – 5/30/10, 1d-69

299.     EXHIBIT : VIDEO– 5/30/10, 1d-72

300.     EXHIBIT : VIDEO– 5/30/10, 1d-77

301.     EXHIBIT : VIDEO– 5/30/10, 1d-82

302.     EXHIBIT : VIDEO– 5/30/10, 1d-84

303.     EXHIBIT : PHOTOGRAPH

304.     EXHIBIT : PHOTOGRAPH

305.     EXHIBIT : PHOTOGRAPH

306.     EXHIBIT : PHOTOGRAPH

307.     EXHIBIT : PHOTOGRAPH

308.     EXHIBIT : PHOTOGRAPH

309.     Advice of rights

## II.

Respectfully submitted,

Kenneth Magdison
United States Attorney

/S/ S. Mark McIntyre
By: S. Mark McIntyre
Assistant United States Attorney
(713) 567-9000

/S/ Craig Feazel

Craig Feazel
Assistant United States Attorney
(713) 567-9000

/S/ Garrett Heenan
By: Garrett Heenan
Trial Attorney
U.S. Department of Justice