CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| TXSD | Barry Walter Bujol | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 4:10-cr-00368 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) Barry Walter Bujol | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) CJA |
|---|---|---|---|

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

Attempted Material Support, 18 USC 2339B, Aggravated Identity Theft, 18 USC 1028A

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)**

Sentencing and Appeal

**13. PROCEEDING TO BE TRANSCRIBED (Describe specifically).** NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Trial - November 7, 2011; November 8, 2011; November 9, 2011; November 10, 2011; November 14, 2011

| 14. SPECIAL AUTHORIZATIONS | | | | JUDGE'S INITIALS |
|---|---|---|---|---|
| A. Apportioned Cost _____ % of transcript with (Give case name and defendant) | | | | |
| B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited | | | | |
| C. ☑ Prosecution Opening Statement ☑ Prosecution Argument ☑ Prosecution Rebuttal ☑ Defense Opening Statement ☑ Defense Argument ☐ Voir Dire ☑ Jury Instructions | | | | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | | | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. |
| /s/ Daphne Pattison        01/10/2012 Signature of Attorney        Date | _____ Signature of Presiding Judge or By Order of the Court |
| Daphne Pattison Printed Name Telephone Number: (713) 526-1515 ☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization | _____        _____ Date of Order        Nunc Pro Tunc Date |

| 17. COURT REPORTER/TRANSCRIBER STATUS ☐ Official ☐ Contract ☐ Transcriber ☐ Other | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: _____ |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | $0.00 | | $0.00 |
| Copy | | | | $0.00 | | $0.00 |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | $0.00 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____        Date _____

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

_____        _____ Signature of Attorney or Clerk        Date

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____        _____ Signature of Judge or Clerk of Court        Date | |