CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/05)

| 1. CIR./DIST./DIV. CODE<br>TXSD | 2. PERSON REPRESENTED<br>Barry Walter Bujol | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>4:10-cr-00368 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |

| 7. IN CASE/MATTER OF (Case Name)<br>Barry Walter Bujol | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CJA |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**Attempted Material Support, 18 USC 2339B, Aggravated Identity Theft, 18 USC 1028A**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

**Sentencing and Appeal**

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

**Hearing on Motion to Proceed pro se - September 27, 2011**

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A.  Apportioned Cost _____ % of transcript with (Give case name and defendant) | |
| B.  ☐ 14-Day   ☐ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited | |
| C.  ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | |
| D.  In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. |
| /s/ Daphne Pattison    01/10/2012<br>Signature of Attorney    Date<br>Daphne Pattison<br>Printed Name<br>Telephone Number: (713) 526-1515<br>☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization | _____<br>Signature of Presiding Judge or By Order of the Court<br><br>Date of Order          Nunc Pro Tunc Date |

| 17. COURT REPORTER/TRANSCRIBER STATUS<br><br>☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18. PAYEE'S NAME AND MAILING ADDRESS<br><br><br><br>Telephone Number: _____ |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | |

| 20. | TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|---|
| | Original | | | | $0.00 | | $0.00 |
| | Copy | | | | $0.00 | | $0.00 |
| | Expense (Itemize) | | | | | | |
| | | | | | TOTAL AMOUNT CLAIMED: | | $0.00 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk    Date

| 23. APPROVED FOR PAYMENT<br><br>_____    _____<br>Signature of Judge or Clerk of Court    Date | 24. AMOUNT APPROVED |
|---|---|