## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | **CASE NO. 4:10-CR-000368** |
| BARRY WALTER BUJOL, JR. | ) | |

## ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING AND EXTENSION OF DEADLINE FOR OBJECTIONS

BE IT REMEMBERED that on this date came on to be heard Defendant's Motion for Continuance of Sentencing and Extension of Deadline for Objections and the Court having considered same is of the opinion that said motion should be GRANTED.

IT IS HEREBY ORDERED that Sentencing is continued until  April 20, 2012 at 9:30 a.m.

The deadline for filing objections is extended until   March 30, 2012 .

SIGNED and ENTERED this 13th day of    January    , 2012.

HONORABLE  DAVID HITNER
UNITED STATES DISTRICT JUDGE