IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARRY WALTER BUJOL, JR., | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Criminal Action No. H-10-368 |
| | § | |
| UNITED STATES OF AMERICA, | § | Civil Action No. H-14-2042 |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Because the Court has dismissed Petitioner Barry Walter Bujol. Jr.'s claims

against the United States of America, the Court hereby

ORDERS that Petitioner Barry Walter Bujol Jr.'s case is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __30__day of March, 2015

_____
DAVID HITTNER
United States District Judge