4.10 Cr 368

To whom it may concern:                                    Wed. 1-18-17

I would like to request the following documents to proceed with
my 2255 motion:

United States District Court
Southern District of Texas
FILED

JAN 2 6 2017

David J. Bradley, Clerk of Court

1) a copy of my trial transcripts

2) a copy of my sentencing transcripts

3) documents instructing me on how to file a 2255 motion


Thank you for your time.

Sincerely,

Barry Bujol  Reg. #43952-279

Barry Buyol # 43952-279
Federal Correctional Institution - Memphis
P.O. Box 34550
Memphis, TN 38184

United States District Court
Southern District of Texas
FILED
JAN 26 2017
David J. Bradley, Clerk of Court

⇧43952-279⇧
Federal Courthouse
515 RUSK ST
Houston, TX 77002
United States

77002-260059