United States District Court
Southern District of Texas
FILED

4.10cr388

FEB 1 6 2017

for. Judge Hittner.

Mon. 2-06-17

**David J. Bradley, Clerk of Court**

I wrote this court last week seeking to proceed with my 2255 appeal. I filed a notice of appeal over 20 months ago while at FCI Oakdale. I never received any type of response on what to do next so I'm trying to find out what's going on. I would appreciate direction concerning this matter. Thank you for your time and consideration.

Sincerely,

Barry Bujol #43952-279

Case 4:10-cr-00368   Document 174   Filed 02/16/17 in TXSD   Page 2 of 2

Barry Bujol # 43952-279
Federal Correctional Institution-Memphis
P.O. Box 34550
Memphis, TN 38184

MEMPHIS TN 380

13 FEB 2017 PM 4 L

USA FOREVER

⇔43952-279⇔
Federal Courthouse
515 RUSK ST
Houston, TX 77002
United States

United States District Court
Southern District of Texas
FILED

FEB 16 2017

David J. Bradley, Clerk of Court

LEGAL MAIL ATTN: Hon. David Hittner
or
court clerk

77002-260099