United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | C.R. ACTION NO. 4:10-368 |
| Barry Walter Bujol, Jr., | § § § | |

### ORDER

Pending before the Court is the Defendant's Motion to Reduce Sentence (Document # 179). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Reduce Sentence (Document # 179) is DENIED.

SIGNED on the _____27_____ day of January, 2021..

_____
DAVID HITTNER
United States District Judge