United States District Court
Southern District of Texas
# ENTERED
December 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Person Under Supervision: | Barry Walter Bujol Jr | Case Number: | 4:10CR00368-001 |

Name of Sentencing Judge: The Honorable David Hittner

Date of Original Sentence: May 24, 2012

Original Offense:
Count 1: Attempt to provide material support or resources to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1) and 2339B(d)(1)(D).

Count 2: Aggravated identity theft - terrorism offense, in violation of 18 U.S.C. § 1028A.

Original Sentence:
180 months as to Count 1, followed by a consecutive term of 60 months as to Count 2 for a total of 240 months custody of the U.S. Bureau of Prisons, followed by a three-year term of supervised release as to each of Counts 1 and 2 to run concurrently, with special conditions to provide any requested financial information, not incur any new credit charges, a $200 special assessment, and $10,000 fine.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | Not applicable |

## EARLIER COURT ACTION

None.

## PETITIONING THE COURT

☐    To extend the term of supervision for ___ years, for a total of ___ years.

☒    To modify the conditions of supervision as follows:

**You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(l)) you use.**

**You must submit your computers (as defined in 18 U.S.C. § 1030(e)(l)) or other electronic communications or data storage devices or media, to a search. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(l)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.**

**You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.**

**You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(l)) or other electronic communications or data storage devices or media without approval of the probation office.**

**You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(l)), other electronic communications or data storage devices or media, or office, to a physical or electronic search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.**

PROB 12B [HOU]
(08/25)

## CAUSE

Mr. Bujol has requested to relocate to the Eastern District of Missouri after he releases from the Bureau of Prisons. He is projected to release in July 2027. The Eastern District of Missouri is requesting the conditions of supervised release be modified in order to provide adequate supervision based on the nature and circumstances of the offense and history and characteristics of the offender. Attached is a Probation Form 49 with Mr. Bujol's signature.

It is respectfully recommended the modification be granted and the Court reserve the right to address these violations at a later date.

Approved:

Respectfully submitted,

By:

_____
Marvin Booker, Supervising
United States Probation Officer
December 16, 2025

_____
Je'Anne Johnson
United States Probation Officer
832-458-4531

Name of Offender:  Barry Walter Bujol Jr
Case Number:  4:10CR00368-001
Page Number:  4

THE COURT ORDERS:

[ ]    No Action

[ ]    Extended Supervision as Noted

[X]    Modify Conditions as Noted

[ ]    Other:


David Hittner
Senior U.S. District Judge

12/22/25
Date

PROB 49 (12/21)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.**

**You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search.**

**To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.**

**You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.**

**You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media without approval of the probation office.**

**You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices**

PROB 49 (4/13)
Barry Walter Bujol Jr.
4:10CR00368-001

or media, or office, to a physical or electronic search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

If it is determined there are costs associated with any services provided, the defendant shall pay those costs based on a co-payment fee established by the probation office.

Witness: _____
Damir Begovic
U.S. Probation Officer

Signed: _____
Barry Walter Bujol Jr.
Probationer or Supervised Releasee

_____November 20, 2025_____
Date

2